AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| RAYMOND E. CUVILJE,           )<br>      Plaintiff,           )<br>                              )<br>v.                            )<br>                              )<br>                              )     **JUDGMENT**<br>CAROLYN W. COLVIN,            )     **CASE NO. 7:12-CV-309-D**<br>*Acting Commissioner of Social Security*,   )<br>      Defendant.          )  | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court DENIES the Commissioner's motion for judgment on the pleadings [D.E. 26], GRANTS Plaintiff's motion for judgment on the pleadings [D.E. 23], and REMANDS the case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **FEBRUARY 20, 2014,** WITH A COPY TO:

Daniel Lauffer (via CM/ECF electronic notification)
Mark D. Epstein (via CM/ECF electronic notification)

| | |
|---|---|
| February 20, 2014 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |

Raleigh, North Carolina