IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-00309-D

| | |
|---|---|
| RAYMOND E. CUVILJE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

Having reviewed and considered the Application for Award of Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and the Defendant's Response,

IT IS HEREBY ORDERED that Defendant shall pay attorney fees to the Plaintiff under the EQUAL Access to Justice Act, 28 U.S.C. § 2412, in the amount of $4,637.50.

SO ORDERED. This 10 day of June 2014.

JAMES C. DEVER III
Chief United States District Judge